

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Mr. Joseph R. Brown
5601 Regency Park Court, Apt. no. 4
Suitland, Maryland 20746,

Mrs. Michelle A. Brown, Individually
& Next Friend of Ms. Tania Joelle Brown, a Minor
5601 Regency Park Court, Apt. no. 4
Suitland, Maryland 20746,

*Plaintiffs*,

vs.          Civil case no.: *CAE10 – 04400*

Pinewood Chase Apartments, LLC
5601 Regency Park Court
Suite 7
Suitland, Maryland 20746,

Beacon Management
1985 Cedar Bridge Avenue
Suite 1
Lakewood, New Jersey 08701,

American Shelter, LLC
1985 Cedar Bridge Avenue
Suite 1
Lakewood, New Jersey 08701-6915

**Serve on: Resident Agent**
**National Registered Agents, Inc. of Maryland**
**836 Park Avenue, 2nd Floor**
**Baltimore, Maryland 21201,**

and

The Donaldson Group, LLC
15245 Shady Grove Road
Suite 160
Rockville, Maryland 20850

*Stan*
*Derwin*
*Brown*
ATTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
Largo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.6606
attorney@stanbrown.net
Website: StanBrown.net



**_Serve on: Resident Agent_**
  **Mr. Walter R. Donaldson**
  **9 Antigone Court**
  **North Potomac, Maryland 20878,**

  **_Defendants_**.


## COMPLAINT FOR DAMAGES

  Mr. Joseph R. Brown & Mrs. Michelle A. Brown, Individually & Next Friend of Ms. Tania

Joelle Brown, a minor, Plaintiffs, by and through undersigned counsel, sue Defendants

Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and

American Shelter, LLC, a Delaware Limited Liability Company (hereinafter referred to

collectively as "Defendants") and allege as follows:


## ALLEGATIONS COMMON TO ALL COUNTS

  1. That the facts giving rise to the instant occurrence took place in Prince George's

County, Maryland. This is an action for damages in excess of twenty-five thousand

dollars ($25,000), exclusive of costs and interest, and otherwise within the jurisdiction

of this Court.

  2. At all times material, and on the date and time of the incident complained of,

Plaintiffs, Mr. Joseph R. Brown & Mrs. Michelle A. Brown, Individually & Next Friend of

Ms. Tania Joelle Brown, a minor, and otherwise _sui juris,_ sustained serious and

grievous injuries as more particularly set forth hereafter, while present at the

_Stan_
_Derwin_
_Brown_
.TTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
rgo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
ttorney@stanbrown.net
Website: StanBrown.net



defendants' subject property located at 5601 Regency Park Court, Apartment no. 4, Suitland, Maryland 20746 known as "Pinewood Chase Apartments" (also known as 3800, 3802, 3804, 3806, 3808, 3810, 3812, 3814, 3816, 3818, 3820, 3822, 3824, 3826, 3828, 3830, 3832, 3834, 3836, and 3838 Regency Park Way, Suitland, Maryland 20746; and 5601, 5603, 5605, 5607, 5609, 5611, 5613, 5615, 5617, 5619, 5621, 5623, 5625, 5627, 5629, 5631 and 5633 Regency Park Court, Suitland, Maryland 20746, collectively hereinafter referred to as "Pinewood Chase Apartments").

3. That Plaintiffs, Mr. Joseph R. Brown and his wife, Mrs. Michelle A. Brown are adult citizens of the United States residing in Prince George's County, Maryland. At all times material, Plaintiffs, Mr. Joseph R. Brown and his wife, Mrs. Michelle A. Brown, and their ten year old minor daughter, Ms. Tania Joelle Brown, were lawful tenants of the Pinewood Chase Apartments and resided there with the express and/or tacit permission of the Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC.

4. At all times material, Plaintiff, Mr. Joseph R. Brown has been the lawful spouse of Mrs. Michelle A. Brown, both of whom sustained serious and grievous injuries as more particularly set forth hereafter. Plaintiffs Joseph R. Brown & Mrs. Michelle A. Brown are the parents of Plaintiff, Ms. Tania Joelle Brown, a 10-year old minor.

5. At all times material, and on the date and time of the incident complained of, Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC (a Delaware limited liability company), were corporate and/or business entities for profit organized and existing under the laws of the State of Maryland, and said Defendants owned, managed, operated, maintained

Stan
Derwin
Brown
ATTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
Largo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8696
attorney@stanbrown.net
Website: StanBrown.net



and controlled the subject property known and referred to as "Pinewood Chase Apartments", located at or about 5601 Regency Park Court, Apt. no. 4, Suitland, Maryland 20746; and further said Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC, exercised jurisdiction and control over the functioning of the subject property and its common areas and did employ agents, employees, officers, staff, administrators, representatives, servants, and/or security personnel and said Defendants exercised jurisdiction and control over the procedures which said agents, employees, officers, staff, administrators, representatives, servants and/or security personnel, had the privilege and obligation to perform, and said Defendants determined the qualifications or lack of qualifications of said agents, employees, staff, administrators, representatives, servants and security personnel as the same related to those procedures and duties which were devised by said Defendants for the aforementioned agents, employees, staff, administrators, representatives, servants, and/or security personnel; or alternatively, said agents, employees, staff, administrators, representatives, servants, and/or security personnel, worked in a common effort for the economic benefit for the aforementioned Defendants herein.

6. On or about December 2, 2009, at approximately 2:30 a.m., Plaintiffs, Mr. Joseph R. Brown & Mrs. Michelle A. Brown, Individually & Next Friend of Ms. Tania Joelle Brown, a minor, were lawfully on the premises of the subject property known as "Pinewood Chase Apartments" located at 5601 Regency Park Court, Apartment no. 4, Suitland, Maryland 20746.

7. While present at the subject premises, as aforesaid, Plaintiffs, Mr. Joseph R. Brown & Mrs. Michelle A. Brown, Individually & Next Friend of minor Ms. Tania Joelle

Stan
Derwin
Brown
TTORNEY AT LAW

Stan Brown, Esq.
Law Office of
tan Derwin Brown, LLC
1300 Caraway Court
Suite 101
go, Maryland 20774-5455
lephone: 301.583.8888
Fax: 301.883.8696
torney@stanbrown.net
ebsite: StanBrown.net

4



Brown, as a result of the negligence, carelessness and breaches of contractual liability of said Defendants more fully described below, were the victims of an unlawful home invasion and were criminally, brutally and savagely assaulted, robbed, battered, sexually assaulted and injured in their own apartment on the Defendants' premises.

### COUNT I

### CLAIM AGAINST DEFENDANTS, PINEWOOD CHASE APARTMENTS, LLC, BEACON MANAGEMENT, THE DONALDSON GROUP, LLC & AMERICAN SHELTER, LLC FOR NEGLIGENCE

Plaintiffs, Mr. Joseph R. Brown & Mrs. Michelle A. Brown, Individually & Next Friend of Ms. Tania Joelle Brown, reasserts and incorporates herein by reference the allegations contained in paragraphs 1-7 as if fully set forth herein and further allege:

8. At all times material, Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC owed a duty to the public and tenants, including Plaintiffs, to exercise reasonable care to keep and maintain its premises in a condition reasonably safe for the use of the public and tenants. In particular, the Defendants had a duty to take such precautions as were reasonably necessary to protect its invitees and tenants, including Plaintiffs, Mr. Joseph R. Brown & Mrs. Michelle A. Brown, Individually & Next Friend of Ms. Tania Joelle Brown, from criminal attacks which were reasonably foreseeable.

9. The Defendants knew, or in the exercise of reasonable care should have known, that its "Pinewood Chase Apartments" premises and the area immediately surrounding

Stan
Derwin
Brown
ATTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
argo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
attorney@stanbrown.net
Website: StanBrown.net



its premises was a high crime area, that there had been previous similar criminal acts and attacks perpetrated on the public and/or residents in said areas, and/or that such criminal acts and attacks were reasonable likely to be perpetrated on business invitees and residents of the Defendants unless Defendants took reasonable steps to provide proper security for such individuals.

10. The Defendants knew, or in the exercise of reasonable care should have known, that no individual, including the Plaintiffs, had it within their own power to take the measures necessary to provide for their own security on the premises of Pinewood Chase Apartments, and that the Defendants themselves were in the best position to take reasonable and necessary measures to prevent and/or deter such criminal acts.

11. The Defendants were negligent and breached their duty of reasonable care for the safety and protection of the public, residents and the Plaintiffs, in one or more of the following ways:

a. By failing to provide adequate security for the users, invitees, licensees, and residents of said Defendants' "Pinewood Chase Apartments";

b. by failing to have any and/or an adequate number of security guards to protect the users, invitees, licensees and/or residents of said Defendants' "Pinewood Chase Apartments";

c. by failing to have competent security guards to protect users, invitees, licensees and/or residents of said Defendants' "Pinewood Chase Apartments";

*Stan*
*Derwin*
*Brown*
ATTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
argo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
ttorney@stanbrown.net
Website: StanBrown.net

6



d. by failing to properly train security guards, so that they could protect the users, invitees, licensees and residents of said Defendants' "Pinewood Chase Apartments";

e. by failing to have a sufficient number of security personnel or security presence in visible areas to deter crime thereby protect users, invitees, licensees and residents of said Defendants' "Pinewood Chase Apartments";

f. by failing to take additional security measures after being put on notice that security measures in force were inadequate;

g. by failing to reasonably and effectively utilize available security devices;

h. by failing to warn, protect, guard, and secure the safety of the Plaintiffs, or other similarly situated members or the public, when the Defendants knew or should have known of the existence of crime and the danger to those individuals using and entering "Pinewood Chase Apartments";

i. by failing to implement adequate security policies, security measures, and security procedures necessary to protect the Plaintiffs, and other residents, visitors, and users of "Pinewood Chase Apartments";

j. by failing to police, patrol, guard, deter, and otherwise provide adequate protection for residents of said Defendants' "Pinewood Chase Apartments", when Defendants knew or should have known of foreseeable criminal acts;

k. by failing to secure the perimeter of the parking lot to prevent trespassing by those who were not residents or guests of "Pinewood Chase Apartments";

*Stan*
*Derwin*
*Brown*
ATTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
argo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
ttorney@stanbrown.net
Website: StanBrown.net



l. by failing to remove trespassers from the parking lot of "Pinewood Chase Apartments" when the Defendants knew or should have known of their existence;

m. by failing to adequately illuminate and/or light the parking lot and common areas of "Pinewood Chase Apartments" during the nighttime hours in order to protect the safety of residents, guests and users of "Pinewood Chase Apartments";

n. by failing to routinely monitor the lighting and provide scheduled maintenance of exterior lighting of the parking lot and common areas of "Pinewood Chase Apartments"; and

o. by failing to provide a security entry system, locks and doors to prevent trespassers from gaining access to the interior building common areas of "Pinewood Chase Apartments".

12. As a direct and proximate result of the above described carelessness and negligence of  Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC, the Plaintiffs, were criminally attacked, assaulted, robbed, battered and sexually assaulted due to an unlawful home invasion at their apartment on the premises of "Pinewood Chase Apartments", and sustained severe and grievous physical injuries, mental pain and suffering, psychological injuries, scarring, disability, disfigurement, aggravation of pre-existing conditions, and the loss of the capacity for the enjoyment of life.

13. As a direct and proximate result of the above-described carelessness and negligence of the Defendants, the Plaintiffs, have also incurred significant past and future past medical expenses, and the loss of past income and future earning capacity.

Stan
Derwin
Brown
TTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
rgo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
ttorney@stanbrown.net
Website: StanBrown.net



14. All of the aforementioned damages are permanent and continuing in nature.

  **WHEREFORE**, the Plaintiffs, Mr. Joseph R. Brown & Mrs. Michelle A. Brown, Individually & Next Friend of Ms. Tania Joelle Brown, sues Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC,  jointly and severally, for damages in the amount of $5,000,000.00 (Five Million Dollars), plus pre-judgment and post-judgment interest to the extent allowed by law, plus costs and interest, and demands trial by jury of all issues so triable as of right by jury.

### COUNT II

### BREACH OF CONTRACT

(By Plaintiffs against All Defendants)

  Plaintiffs hereby reasserts and incorporates herein by reference the allegations contained paragraphs 1 through 14 as if fully set forth herein and further allege:

  15. At all times material, the Plaintiffs were lawful tenants of the Defendants' at Pinewood Chase Apartments, a rental apartment complex.

  16. At the time of the occurrence and at all relevant times, Plaintiffs had a valid lease agreement with Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC. This lease agreement, expressly and impliedly, obligated the Defendants to provide Plaintiffs with a safe living environment and to maintain Pinewood Chase Apartments in such a way

*Stan*
*Derwin*
*Brown*
TTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
rgo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
ttorney@stanbrown.net
Website: StanBrown.net



so as not to jeopardize Plaintiffs. The Defendants also made representations to the Plaintiffs, both express and implied, that they provided adequate and effective security for Plaintiffs and the other tenants of the Pinewood Chase Apartments complex and maintained the premises properly to ensure Plaintiffs' safety.

17. Despite their contractual obligations and representations, the Defendants failed to provide Plaintiffs with a safe living environment, failed to properly maintain the Pinewood Chase Apartments, and/or failed to provide adequate and effective security for Plaintiffs and the other tenants of the complex. As such, the Defendants were in breach of their contractual obligations to the Plaintiffs.

18. At all times material, including on December 2, 2009, Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC owed a contractual duty to the Plaintiffs, including a duty to make reasonable provisions for the safe condition of common areas.

19. Said contractual duty included but was not limited to providing reasonable security, doors, locks, fencing and lighting in a reasonable effort to deter opportunistic violent or potentially violent crime.

20. The Defendants breached their contractual duty to the Plaintiffs by failing to provide a safe condition of common areas, which proximately caused the Plaintiffs serious and permanent injuries as set forth herein.

21. As a direct and proximate result of the above described breach of contractual duty by said Defendants, the Plaintiffs were criminally attacked, assaulted, robbed, battered and sexually assaulted due to an unlawful home invasion on the premises of

Stan
Derwin
Brown
ATTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
argo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
attorney@stanbrown.net
Website: StanBrown.net



the Pinewood Chase Apartments, and sustained severe and grievous physical injuries, mental pain and suffering, psychological injuries, scarring, disability, disfigurement, aggravation of pre-existing conditions, and the loss of the capacity for the enjoyment of life.

22. As a further direct and proximate result of the above-described breach of contractual duty by the Defendants, the Plaintiffs have also incurred significant past and future past medical expenses, and the loss of past income and future earning capacity.

23. All of the aforementioned damages are permanent and continuing in nature.

**WHEREFORE**, the Plaintiffs sues the Defendants, Pinewood Chase Apartments, LLC, Beacon Management, The Donaldson Group, LLC and American Shelter, LLC, jointly and severally, for damages in the amount of $5,000,000.00 (Five Million Dollars), plus pre-judgment and post-judgment interest to the extent allowed by law, plus costs and interest, and demands trial by jury of all issues so triable as of right by jury.


### COUNT III

### LOSS OF CONSORTIUM CLAIM OF SPOUSE


Plaintiff, Mr. Joseph R. Brown, spouse of Plaintiff, Mrs. Michelle A. Brown, reasserts and incorporates herein by reference the allegations contained in all of the foregoing paragraphs as if fully set forth herein and further alleges:

24. As a direct and proximate result of the aforementioned negligence, carelessness, and breach of duty by the Defendants, Mr. Joseph R. Brown, spouse, as

Stan
Derwin
Brown
ATTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
argo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
attorney@stanbrown.net
Website: StanBrown.net



husband of Mrs. Michelle A. Brown, has incurred significant medical expenses for the care and treatment of his wife in an effort to alleviate and cure her injuries, and will incur further medical expenses for the care and treatment of his wife in the future.

25. As a further direct and proximate result of the aforementioned negligence and carelessness, Mr. Joseph R. Brown, spouse to Plaintiff Mrs. Michelle A. Brown, has in the past and will in the future suffer the loss of services, society, comfort, consortium, and companionship of his wife, Mrs. Michelle A. Brown.

**WHEREFORE**, Mr. Joseph R. Brown, spouse to Plaintiff, Mrs. Michelle A. Brown, demands judgment against the Defendants, jointly and severally, for damages in the amount of $5,000,000.00 (Five Million Dollars), plus pre-judgment and post-judgment interest to the extent allowed by law, plus costs and interest, and demands trial by jury of all issues so triable as of right by jury.

Respectfully submitted, this 16th day of February, 2010,

By: _____          _____ (SB)
Stan Brown, Esq. (Bar no. Bro197)        John F.X. Costello, Esq.
Law Office of Stan Derwin Brown, LLC     John F.X. Costello & Associates, LLC
1300 Caraway Court, Suite 101            9500 Arena Drive, Suite 370
Largo, Maryland 20774-5455               Largo, Maryland 20774
Telephone no.: 301-883-8888              Telephone no.: 301-925-9080
Facsimile no.: 301-883-8606              Facsimile no. 301-925-9029
Email: attorney@stanbrown.net

***Attorneys for Plaintiffs Mr. Joseph R. Brown & Mrs. Michelle A. Brown,***
***Individually & Next Friend of Ms. Tania Joelle Brown, a minor***

**<u>DEMAND FOR JURY TRIAL</u>**

The Plaintiffs demand trial by jury as to all issues contained herein.

_____
Stan Brown, Esq.

Stan
Derwin
Brown
ATTORNEY AT LAW

Stan Brown, Esq.
Law Office of
Stan Derwin Brown, LLC
1300 Caraway Court
Suite 101
Largo, Maryland 20774-5455
Telephone: 301.883.8888
Fax: 301.883.8606
attorney@stanbrown.net
Website: StanBrown.net

ZC FEB 16 PM 2:28

Circuit Court for _Prince George's County, Maryland_
City or County

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
   *Plaintiff:* This information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
   *Defendant:* You must file an Information Report as required by Rule 2-323(h).
   **THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT          CASE NUMBER _CAL-10-04400_
Clerk to insert

CASE NAME: _Joseph R. Brown, et al._ vs. _Pinewood Chase Apartments, et al._
Plaintiff                          Defendant

JURY DEMAND: ☒ Yes ☐ No       Anticipated length of trial: _____ hours or _3_ days
RELATED CASE PENDING? ☐ Yes ☒ No    If yes, Court and case #(s) if known: _____

Special Requirements? ☐ Interpreter/communication impairment          Which language _____
(Attach Form 1-332 if Accommodation or Interpreter Needed)              Which dialect _____
   ☐ ADA accommodation: _____

### NATURE OF ACTION
(CHECK ONE BOX)

### DAMAGES/RELIEF

| TORTS | LABOR |
|---|---|
| ☐ Motor Tort | ☐ Workers' Comp. |
| ☒ Premises Liability | ☐ Wrongful Discharge |
| ☐ Assault & Battery | ☐ EEO |
| ☐ Product Liability | ☐ Other |
| ☐ Professional Malpractice | **CONTRACTS** |
| ☐ Wrongful Death | ☐ Insurance |
| ☐ Business & Commercial | ☐ Confessed Judgment |
| ☐ Libel & Slander | ☐ Other |
| ☐ False Arrest/Imprisonment | **REAL PROPERTY** |
| ☐ Nuisance | ☐ Judicial Sale |
| ☐ Toxic Torts | ☐ Condemnation |
| ☐ Fraud | ☐ Landlord Tenant |
| ☐ Malicious Prosecution | ☐ Other |
| ☐ Lead Paint | **OTHER** |
| ☐ Asbestos | ☐ Civil Rights |
| ☐ Other | ☐ Environmental |
|  | ☐ ADA |
|  | ☐ Other |

**A. TORTS**
**Actual Damages**
☐ Under $7,500          ☒ Medical Bills
☐ $7,500 - $50,000          $ _____
☐ $50,000 - $100,000          ☐ Property Damages
☒ Over $100,000          $ _____
☒ Wage Loss
$ _____

**B. CONTRACTS**
☐ Under $10,000
☐ $10,000 - $20,000
☐ Over $20,0000

**C. NONMONETARY**
☐ Declaratory Judgment
☐ Injunction
☐ Other

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation ☒ Yes ☐ No          C. Settlement Conference ☒ Yes ☐ No
B. Arbitration ☐ Yes ☐ No          D. Neutral Evaluation ☒ Yes ☐ No

### TRACK REQUEST
*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.*
☐ 1/2 day of trial or less          ☒ 3 days of trial time
☐ 1 day of trial time          ☐ More than 3 days of trial time
☐ 2 days of trial time

**PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY.**

Date _2-16-2010_          Signature _Stan Brown, Esq._

CC/DCM 002 (Rev. 11/2008)          Page 1 of 3   STAN BROWN, ESQ.

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☒ **Expedited**
Trial within 7 months of
Defendant's response

☐ **Standard**
Trial - 18 months of
Defendant's response

☐ EMERGENCY RELIEF REQUESTED _____

| Signature | Date |
|---|---|

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

☐ Expedited — Trial 60 to 120 days from notice. Non-jury matters.

☐ Standard-Short — Trial seven months from Defendant's response. Includes tort with actual damages up to $7,500; contract claims up to $20,000; condemnations; injunctions and declaratory judgments.

☐ Standard-Medium — Trial 12 months from Defendant's response. Includes torts with actual damages over $7,500 and under $50,000, and contract claims over $20,000.

☐ Standard-Complex — Trial 18 months from Defendant's response. Includes complex cases requiring prolonged discovery with actual damages in excess of $50,000.

☐ Lead Paint — Fill in: Birthdate of youngest plaintiff_____

☐ Asbestos — Events and deadlines set by individual judge.

☐ Protracted Cases — Complex cases designated by the Administrative Judge.

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.
☒ Liability is not conceded, but is not seriously in dispute.
☐ Liability is seriously in dispute.

### CIRCUIT COURT FOR BALTIMORE COUNTY

☐ Expedited (Trial Date-90 days) — Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus.

☐ Standard (Trial Date-240 days) — Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases.

☐ Extended Standard (Trial Date-345 days) — Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency.

☐ Complex (Trial Date-450 days) — Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases.

CC/DCM 002 (Rev. 11/2008)  Page 2 of 3

## COMPLEX SCIENCE AND/OR MEDICAL CASE
## MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202.*
*Please check the applicable box below and attach a duplicate copy of your complaint.*

☒ Expedited - Trial within 7 months of          ☐ Standard - Trial within 18 months of
         Defendant's response                                       Defendant's response

**CC/DCM 002** (Rev. 11/2008)                    Page 3 of 3